UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-CV-00079-GNS-LLK

MICHAEL TAYLOR                                                                                      PLAINTIFF

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security                      DEFENDANT

## ORDER

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby ADOPTED, and its findings and conclusions are incorporated by reference herein.

It is THEREFORE ORDERED that the Commissioner's final decision is AFFIRMED, and Plaintiff's complaint is DISMISSED.

This is a final and appealable order, and there is no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

March 28, 2019

cc: counsel of record